## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| V. | * | CRIMINAL NO.: RDB-13-530 |
| ERIC EVANS, et al. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUPPRESS EVIDENCE SEIZED
## DURING THE SEARCH OF ROOM #313 AT THE EXTENDED STAY AMERICA,
## 1500 AERO DRIVE, LINTHICUM, MARYLAND 21090

The Defendant, Eric Evans, by and through his/her attorney(s), David R. Solomon, Esquire, hereby moves this Honorable Court to suppress all evidence seized as a result of the unlawful search of Room #313 At The Extended Stay America located at 1500 Aero Drive in Linthicum, Maryland 21090. In support of this Motion, undersigned counsel states the following:

1)       The Defendant has been charged by indictment with one count of Conspiracy To Commit Sex Trafficking, in violation of 18 U.S.C. § 1594(c) and one count of Sex Trafficking of Children or by Force, Fraud, or Coercion in violation of 18 U.S.C. § 1591(a).

2)       The indictment derives in part, from the execution of the search warrant at Room #313 At The Extended Stay America located at 1500 Aero Drive, Linthicum, Maryland 21090, on or about February 3, 2014. Because the search warrant was not based on probable cause, and because the officers were not entitled to rely on it in good faith, the search of the hotel room (Room #313) was invalid, and any evidence obtained as a result must be suppressed.

3)       Because the search warrant was not executed properly, any evidence or statement obtained as a result must be suppressed.

**WHEREFORE**, Mr. Evans, respectfully moves this Honorable Court to suppress any evidence obtained as a result of the unlawful search of Room #313 At The Extended Stay America located at 1500 Aero Drive in Linthicum, Maryland 21090.

Respectfully submitted,

DAVID R. SOLOMON, ESQ.
201 N. Charles St., Suite 1717
Baltimore, Maryland 21201
Phone No.: 410-244-8822
Fax No.   : 410-625-1028

*Attorney for Defendant,*
*Eric Evans*

## MEMORANDUM OF POINTS AND AUTHORITIES

1.  Fourth Amendment to the United States Constitution;

2.  United States v. Leon, 468, U.S. 897 (1984);

3.  California v. Greenwood, 486 U.S. 35 (1988);

4.  United States v. Lalor, 996 F.2d 1578 (1993);

5.  Whiteley v. Warden, Wyoming State Penitentiary, 401 U.S. 560, (1971);

6.  Lee v. State, 139 Md. App. 79 (2001);

7.  Gould v. Davis, 165 F.3d 265 (4th Cir. 1998);

8.  Wong Sun v. United States, 371 U.S. 471 (1963).

DAVID R. SOLOMON, ESQ.

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the

District of Maryland, the Defendant requests a hearing on this Motion.

DAVID R. SOLOMON, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _15th_ day of April, 2014, a copy of the foregoing was electronically served upon Ayn B. Ducao, Assistant United States Attorney for the District of Maryland.

DAVID R. SOLOMON, ESQ.