IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| V. | * | CRIMINAL NO.: RDB-13-530 |
| ERIC EVANS, et al. | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR DISCLOSURE OF STATEMENTS PURSUANT TO FED. R. CRIM. P. 12

Now comes the Defendant, **ERIC EVANS**, by and through David R. Solomon, Esquire, his court-appointed counsel pursuant to the CJA, and in order to allow Defendant the opportunity to file appropriate pretrial motions, hereby moves this Court to enter an Order directing, requiring and compelling the prosecution to disclose to the Court and counsel for the accused notice of its intention to use (either in its case-in-chief or in rebuttal) any evidence that may be subject to a motion by Defendant to suppress, pursuant to Fed. R. Crim. P. 12(b)(3)(C) and (b)(4)(B), *see also* Fed. R. Crim. P. 12 (d), and in support thereof does state as follows:

This Motion includes, but is not limited to:

1) Any statements or "admissions by conduct" made by Mr. Evans to whomever and wherever and whenever made including, but not limited to, any statements made during and/or in preparation of any polygraph examination of Mr. Evans. Please provide the questions asked during any such polygraph.

2) Any items, objects or information received as the product of a search executed by Government agents. Please provide all returns, warrants, affidavits, etc., relating to such searches, if not provided previously.

3) Any recordings made pursuant to wiretaps, whether authorized or unauthorized, as well as the memorialized substance of conversations monitored by wiretap.

4) Any recordings made pursuant to any form of consensual monitoring, whether authorized or unauthorized, and subject to any state or federal law regulation, as well as the memorialized substance of conversations monitored by this means.

5) Any pre-trial identification procedure including, but not limited to, line-ups, photo spreads, one-on-one show-ups, and displays of any number of photographs to any number of witnesses or potential witnesses.

6) Any other evidence arguably obtained in violation of any federal, state or local law or agency regulation.

7) Any grand jury testimony the government has reason to suspect was perjured.

8) Any other information or material which might come under this rubric.

**WHEREFORE**, for the foregoing reasons, Defendant, Eric Evans, respectfully requests this Honorable Court to direct, require and compel the prosecution to disclose to the Court and the defense notice of its intention to use (either in its case-in-chief or in rebuttal) any evidence which arguably may be subject to a defense motion to suppress pursuant to Fed. R. Crim. P. 12.

Respectfully submitted,

_____
DAVID R. SOLOMON, ESQ.
201 N. Charles Street, Suite 1717
Baltimore, Maryland 21021
Phone No.: 410-244-8822
Fax No.   : 410-625-1028
drsolomonlaw@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _15th_ day of April, 2014, a copy of the foregoing was electronically served upon Ayn B. Ducao, Assistant United States Attorney for the District of Maryland.

DAVID R. SOLOMON, ESQ.